1  ANDREW T. KOENIG, State Bar No. 158431
   Attorney at Law
2  199 Figueroa Street, 3rd Floor
   Ventura, California 93001
3  Telephone: (805) 653-7937
   Facsimile: (805) 653-7225
4  E-mail: andrewtkoenig@hotmail.com

5  Attorney for Plaintiff Patrick Isaac Golson

   UNITED STATES DISTRICT COURT
   CENTRAL DISTRICT OF CALIFORNIA
   WESTERN DIVISION

   PATRICK ISAAC GOLSON,                )   Case No. CV 13-06948-PJW
                                        )
           Plaintiff,                   )   ORDER
                                        )   AWARDING ATTORNEY'S
           v.                           )   FEES PURSUANT
                                        )   TO THE EQUAL ACCESS TO
                                        )   JUSTICE ACT
   CAROLYN W. COLVIN,                   )
   ACTING COMMISSIONER OF SOCIAL        )
   SECURITY,                            )
                                        )
           Defendant.                   )
   _____)

   Based upon the parties' Stipulation for Award of Fees under the Equal Access to Justice Act ("Stipulation"), IT IS ORDERED that Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of SIX-THOUSAND FOUR-HUNDRED DOLLARS AND NO CENTS ($6,400.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the Stipulation.

   Dated: 2/23/15          _____
                           UNITED STATES MAGISTRATE JUDGE

1